**COURT MINUTES**

**U.S. MAGISTRATE JUDGE TED E. BANDSTRA   - ATKINS BLDG 7TH FL**
**DATE: 08/17/11  TIME: 1:30  P.M.**                    PAGE:  2

DEFT:   2) EMERSON CALLUM (J)#97157-004      CASE NO:   11-20557-CR-MOORE (SEALED)

AUSA:   Roy Attman                          ATTY:

AGENT:  FBI                                 VIOL:   SEX TRAFFICKING OF CHILDREN OR BY FORCE, FRAUD, OR COERCION

PROCEEDING:   INITIAL APPEARANCE            RECOMMENDED BOND:

BOND/PTD CONTESTED HRG - yes / no           CJA APP'T:

BOND SET @:                                 To be cosigned by:
                                            INTERPRETER: English

❏   All Standard Conditions.                Disposition: Unsealed in open
                                            Court
❏   Surrender / or do not obtain passports / travel documents      Stated McConnor is Counsel
                                                                   Not present
❏   Rpt to PTS as directed / or _____ x's a week/month by phone; _____ x's a week/month in person

❏   Refrain from excessive use of alcohol   Temp PTD / RiSCT Change

❏   Participate in a mental health assessment and treatment

❏   Random urine testing by Pretrial Services and/or treatment as deemed necessary

❏   Not to encumber property.

❏   Maintain or seek full - time employment/education.

❏   No contact with victims / witnesses.

❏   No firearms.

❏   May Not visit Transportation Establishments.

❏   Travel extended to: _____.

❏   Home Confinement: Electronic Monitoring and/or Curfew __ _____, paid by _____.

❏   Other_____

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| REPORT RE COUNSEL: | 8-22 | | | |
| PTD/BOND HEARING: | 8-22 | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | 8-22 | | | |
| STATUS CONFERENCE | | | | |

TAPE No.   11-E   B4355- 135029        TIME IN COURT::  8
DAR