


# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Sealed

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff | CASE NUMBER: CR- 11-20557CR Moore |
| -vs | REPORT COMMENCING CRIMINAL ACTION |
| Callum, Emerson D. Defendant | 97157-004 USMS NUMBER |

TO: CLERK'S OFFICE    ☒ MIAMI    ☐ FT. LAUDERDALE    ☐ W. PALM BEACH

CHECK THE APPROPRIATE LOCATION FOR APPEARANCE IN MAGISTRATE'S COURT ABOVE

COMPLETE ALL ITEMS. IF INFORMATION IS NOT APPLICABLE, ENTER N/A.

1. DATE AND TIME OF ARREST: 8/17/2011  6:00 AM

2. LANGUAGE(S) SPOKEN: English

3. OFFENSE(S) CHARGED: Conspiracy to recruit, entice, harbor - 18 USC 1591(a) Knowing that fraud would be used to cause that person - 18 U.S.C 371

4. DATE OF BIRTH: 7/11/1966

TYPE OF CHARGING DOCUMENT (CHECK ONE):
☒ INDICTMENT                    ☐ COMPLAINT TO BE FILED/ ALREADY FILED
☐ INFORMATION                   ☐ BENCH WARRANT FOR FAILURE TO APPEAR
☐ PROBATION VIOLATION WARRANT   ☐ PAROLE VIOLATION WARRANT

5. ORIGINATING DISTRICT: SOUTHERN DISTRICT OF FLORIDA

6. REMARKS: ____

7. DATE: 8/17/2011

8. ARRESTING OFFICER: Det Nikki Fletcher Miramar Police 954-658-8785

9. AGENCY: FEDERAL BUREAU OF INVESTIGATION

10. TELEPHONE NUMBER: OFFICE 305-944-9101