UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20557-CR-KMM

UNITED STATES OF AMERICA

vs.

EMERSON CALLUM
    a/k/a "Jah-T,",

    Defendant.
_____/

## VERDICT

(1)    We, the Jury, unanimously find the Defendant, EMERSON CALLUM, as to Count

1 of the Indictment:

GUILTY __X__          NOT GUILTY _____

(2)    We, the Jury, unanimously find the Defendant, EMERSON CALLUM, as to Count

2 of the Indictment:

GUILTY __X__          NOT GUILTY _____

(3)    We, the Jury, unanimously find the Defendant, EMERSON CALLUM, as to Count

3 of the Indictment:

GUILTY __X__          NOT GUILTY _____

(4)    We, the Jury, unanimously find the Defendant, EMERSON CALLUM, as to Count

4 of the Indictment:

GUILTY __X__          NOT GUILTY _____

(5)    We, the Jury, unanimously find the Defendant, EMERSON CALLUM, as to Count

6 of the Indictment:

GUILTY __X__          NOT GUILTY _____

(6)     We, the Jury, unanimously find the Defendant, EMERSON CALLUM, as to Count

7 of the Indictment:

GUILTY __X__          NOT GUILTY _____

(7)     We, the Jury, unanimously find the Defendant, EMERSON CALLUM, as to Count

9 of the Indictment:

GUILTY __X__          NOT GUILTY _____

(8)     We, the Jury, unanimously find the Defendant, EMERSON CALLUM, as to Count

10 of the Indictment:

GUILTY __X__          NOT GUILTY _____

(9)     We, the Jury, unanimously find the Defendant, EMERSON CALLUM, as to Count

11 of the Indictment:

GUILTY __X__          NOT GUILTY _____

(10)    We, the Jury, unanimously find the Defendant, EMERSON CALLUM, as to Count

13 of the Indictment:

GUILTY __X__          NOT GUILTY _____

(11)    We, the Jury, unanimously find the Defendant, EMERSON CALLUM, as to Count

14 of the Indictment:

GUILTY __X__          NOT GUILTY _____

(12)    We, the Jury, unanimously find the Defendant, EMERSON CALLUM, as to Count

15 of the Indictment:

GUILTY __X__          NOT GUILTY _____

(13)    We, the Jury, unanimously find the Defendant, EMERSON CALLUM, as to Count

16 of the Indictment:

GUILTY __X__          NOT GUILTY _____

(14)    We, the Jury, unanimously find the Defendant, EMERSON CALLUM, as to Count

18 of the Indictment:

GUILTY __X__          NOT GUILTY _____

**SO SAY WE ALL.**

Signed and dated at the United States Courthouse,
Miami, Florida, this __7__ day of _DECEMBER_, 2011.


_____          _____
Foreperson's Signature                      Foreperson's Printed Name