UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20557-CR-MOORE

**UNITED STATES OF AMERICA**,

    Plaintiff(s),
vs.

**LAVONT FLANDERS, JR., and
EMERSON CALLUM**,

    Defendant(s).
_____/

**MINUTES - CRIMINAL TRIAL
TIME: 3.0 hours
Date: December 7, 2011**

| | |
|---|---|
| AUSA: | Roy Altman |
| Defense Counsel: | Christopher Dunham, Brandine Ellen Powell, (for Flanders) Derek V. Lewis (for Callum) |
| Deputy Clerk: | Robin Godwin |
| Reporter: | Joseph Milliken |
| Interpreter: | None |

Jury Deliberations resume at 9:00 a.m.

9:04 am    Jury Note

Verdict returned 11:10 a.m.

Jury finds Defendant Lavont Flanders Guilty as to Counts 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, and 18

Jury finds Defendant Emerson Callum Guilty as to Counts 1, 2, 3, 4, 6, 7, 9, 10, 11, 13, 14, 15, 16, and 18

Sentencing date: **February 16, 2011 at 2:00 PM**