UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20557-CR-MOORE

UNITED STATES OF AMERICA,

    Plaintiff(s),

vs.

LAVONT FLANDERS, JR., and
EMERSON CALLUM,

    Defendant(s).
_____/

### STIPULATION FOR WITHDRAWAL OF TRIAL EXHIBITS

It is stipulated by and between counsel for the respective parties that counsel for each party may withdraw all exhibits offered by that party, and shall retain the same pending appeal or further proceedings in this cause, and each does hereby release the Clerk of Court from further responsibility.

Dated: December 7a, 2011

_____
Roy Altman, AUSA

_____
Christopher Dunham

_____
Derek V. Lewis

Stipulation herein approved

this _7th_ day of December, 2011

_____
K. MICHAEL MOORE
UNITED STATES DISTRICT JUDGE